IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-02682-WYD-OES

EVERETT EUGENE CABEZA DeBACA,

    Plaintiff,

v.

APARTMENT INVESTMENT MANAGEMENT COMPANY (AIMCO),

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice filed November 10, 2005.  Both parties stipulate and agree therein to dismissal of this case.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that this case is **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that the jury trial set to commence November 13, 2006 and the Final Trial Preparation Conference set Thursday, November 2, 2006 at 4:00 p.m. are **VACATED**.

Dated:  November 10, 2005

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge